David Martinez, Bar No. 193183
DMartinez@rkmc.com
Yakub Hazzard, Bar No. 150242
YHazzard@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Plaintiff
Third Estate LLC, dba Dope and
Dope Couture

FILED
CLERK U.S. DISTRICT COURT

OCT - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Third Estate LLC, dba Dope and Dope Couture,<br><br>Plaintiff,<br><br>v.<br><br>Cornerman Productions LLC, dba Dope Stampd' Los Angeles and DOES 1-10,<br><br>Defendants. | Case No. CV 13-03074 SVW (VBKx)<br><br>**[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

## [PROPOSED] CONSENT JUDGMENT
## AND PERMANENT INJUNCTION

Plaintiff Third Estate LLC, dba Dope and Dope Couture ("Third Estate") and Defendant Cornerman Productions LLC dba Dope Stampd' Los Angeles ("Cornerman") (Third Estate and Cornerman are from time to time referred to as "the Parties" and individually as "Party"), having agreed to a settlement of the claims between them asserted in this lawsuit (the "Settlement Agreement"), and having stipulated to entry of this Consent Judgment,

It is hereby ORDERED, ADJUDGED AND DECREED:

[PROPOSED] CONSENT JUDGMENT
AND PERMANENT INJUNCTION

30076/000/1421992.1

Third Estate has filed this action asserting claims for trademark infringement and unfair competition, among others and wherein it alleges that, *inter alia*, Cornerman has distributed, offered for sale and sold at wholesale and/or retail various merchandise, apparel and services using various marks owned by Third Estate.

Third Estate alleges that it is a widely recognized designer and retailer of contemporary and high end street-wear, including clothing, apparel, jewelry and accessories, and alleges that it sells its products through both an on-line retail store outlet located at http://shop.dopecouture.com and www.dope.com ("DOPE Website"), and a physical retail store located in 454 N. Fairfax Avenue, Los Angeles, California ("DOPE Store").

Third Estate alleges that at all relevant times, Third Estate has used the DOPE COUTURE trademark and trade name ("DOPE COUTURE Mark") in interstate commerce, and the DOPE trademark and trade name ("DOPE Mark") (collectively, "DOPE Marks"), including through the DOPE Store and the DOPE Website. Third Estate further alleges that at all times, it has prominently displayed its DOPE Marks in connection with fashion apparel sold in the DOPE Store and DOPE Website.

Cornerman Productions LLC, dba Dope Stampd' Los Angeles is a California Limited Liability Company with a principal place of business located at 824 South Los Angeles Street, Suite 200, Los Angeles, California. Cornerman engages in the retail sale of street-wear apparel.

This Court has jurisdiction over Cornerman and over the subject matter at issue in this action. Cornerman consents to jurisdiction of this Court for the purpose of construing, executing and enforcing this Consent Judgment and Permanent Injunction, and this Court retains jurisdiction for this purpose.

Cornerman disputes the allegations in the Action.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

Cornerman and each of its members, officers, directors, agents, employees, subsidiaries, affiliates, partners, predecessors, successors and/or other related companies (the "Cornerman Parties") are permanently enjoined, as of November 1, 2013, from manufacturing or causing to be manufactured, selling or otherwise distributing goods bearing the word "dope" anywhere in the world, through any means whatsoever, including but not limited to through any website (including third party websites such as Hypebeast) or physical stores and from using the word "dope" in any marketing, advertising or promotion material as a standalone word.

As long as Third Estate has not abandoned its rights in and to the DOPE Marks, the Cornerman Parties will not use the word "dope" in key word advertising or metatags.

Notwithstanding the restrictions set forth above, the Cornerman Parties may use the word "dope" in lower case letters only as part of a sentence or phrase (e.g., "our new styles are dope", "this year's line features some dope new styles") in marketing, advertising and promotional material as long as the goods to which they are referring do not feature the word "dope" on the goods themselves or the labels or hangtags thereof.

Nothing herein shall preclude Cornerman's retailers or distributors from selling or offering for sale at any time Cornerman products bearing the word "dope" that were shipped by Cornerman prior to November 1, 2013.

Cornerman will, within 10 days of the execution of the settlement agreement, provide a copy of the agreement and the Consent Judgment and Permanent Injunction to each of its members, officers, directors, agents, employees, subsidiaries, affiliates, predecessors, successors and/or other related companies and all such persons who receive actual notice of this Consent Judgment by personal service or otherwise, are permanently enjoined as set forth above.

Third Estate agrees not to use or register any of its DOPE Marks and any mark containing the word "dope" (or –ope formative marks, e.g., hope, nope) in

1 any stylization that has been used by Cornerman in connection with Cornerman's
2 use of the word "dope," including, but not limited to, the stylizations featured in
3 Exhibit A, attached hereto and incorporated herein.
4     Subject to Third Estate's compliance with the terms of the Settlement
5 Agreement, Cornerman agrees not to contest the validity of the DOPE Marks or
6 Third Estate's ownership rights therein, in any future proceedings between the
7 parties, including any future action claiming trademark infringement.
8     As long as Third Estate is in compliance with the terms of the Settlement
9 Agreement, and as long as Third Estate has not abandoned its rights in and to the
10 DOPE Marks, Cornerman agrees not to oppose any pending or future trademark,
11 trade name or trade dress applications bearing the DOPE Marks or any derivation
12 thereof filed by Third Estate before the USPTO and /or any equivalent body in any
13 foreign country.
14     As long as Third Estate is in compliance with the terms of the Settlement
15 Agreement, and as long as Third Estate has not abandoned its rights in and to the
16 DOPE Marks, Cornerman agrees not to pursue any trademark, trade name or trade
17 dress applications bearing the DOPE Marks before the USPTO and /or any
18 equivalent body in any foreign country, and to withdraw any such pending
19 applications within 10 days from the Effective Date of the Settlement Agreement.
20     The Parties agree to pay their own costs and expenses, including attorneys'
21 fees and experts' fees, incurred in connection with the prosecution, defense, and
22 settlement of the matters which are the subject of the Settlement Agreement.
23     The provisions of this Consent Judgment and Permanent Injunction shall be
24 deemed to extend to and inure to the benefit of the Parties' respective successors-in-
25 interest, assigns, transferees, grantees, heirs, executors, administrators and
26 representatives, and to extend to and obligate the Parties' respective successors-in-
27 interest, assigns, transferees, grantees, heirs, executors, administrators and
28 representatives.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

[PROPOSED] CONSENT JUDGMENT
AND PERMANENT INJUNCTION

30076/000/1421992.1

The Parties represent that they are duly authorized to execute and enter into this Consent Judgment and Permanent Injunction.

We hereby consent to entry of this Consent Judgment and Permanent Injunction.

Dated: September 17, 2013

CORNERMAN PRODUCTIONS LLC, DBA
DOPE STAMPO LOS ANGELES

By: _____
Name: Robert Stamp
Its: CEO

Dated: September 1, 2013

THIRD ESTATE L.L.C., DBA
DOPE AND DOPE COUTURE

By: _____
Name: Matte Fields
Its: President

Approved as to form.

Dated: September 17, 2013

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
David Martinez
Attorneys for Plaintiff, Third Estate LLC, dba
Dope and Dope Couture

[PROPOSED] CONSENT JUDGMENT
AND PERMANENT INJUNCTION

Dated: September 11, 2013          HUANG, FEDALEN & LIN, LLP

By: _____
James C. Fedalen

**Attorneys for Defendant, Cornerman Productions, LLC dba Dope Stampd' Los Angeles**

IT IS SO ORDERED.

Dated: Oct 8, 2013          _____
The Honorable Stephen V. Wilson
UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT A



30076/000/1415155.1